**MCNEIL–PPC, INC., Merck & Co., Inc., and Johnson & Johnson—Merck Consumer Pharmaceuticals Company, Plaintiffs–Appellants,**

v.

**PERRIGO COMPANY, L. Perrigo Company, and Perrigo Research & Development Company, Defendants–Appellees.**

No. 2007–1508.

United States Court of Appeals, Federal Circuit.

April 14, 2008.

Harry J. Roper, Jenner & Block LLP, of Chicago, IL, argued for plaintiffs-appellants. With him on the brief were Raymond N. Nimrod and Kristopher R. Kiel. Of counsel on the brief was Ronald M. Daignault, of New York, NY.

Steven L. Underwood, Price, Heneveld, Cooper, DeWitt & Litton, LLP, of Grand Rapids, MI, argued for defendants-appellees. With him on the brief were James A. Mitchell and Andrea Z. Warmbier.

Before LOURIE, RADER, and BRYSON, Circuit Judges.

### Judgement

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.